BARTLETT v. JACOBS

No. 551P96

Case below: 124 N.C.App. 521

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


CARLSON v. BRANCH BANKING AND TRUST CO.

No. 394P96

Case below: 123 N.C.App. 306

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


CENTRAL CAROLINA BANK v. WRIGHT

No. 540P96

Case below: 124 N.C.App. 477

Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


COMMUNITY SERVICE OF THE CAROLINA'S v. FREEMAN

No. 445P96

Case below: 123 N.C.App. 789

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


COMPUTER DECISIONS, INC. v. ROUSE OFFICE MGMT. OF N.C.

No. 527P96

Case below: 124 N.C.App. 383

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.